CATHERINE RELAY, APPELLANT, v. CONTINENTAL AMERICAN LIFE INSURANCE COMPANY, RESPONDENT.

Argued October 19, 1945—Decided January 3, 1946.

For the appellant, *David Roskein.*

For the respondent, *Kristeller & Zucker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, JJ. 12.

*For reversal*—None.